**FILED**

05/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0141

## IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 0141

SAMANTHA VULLES, SHERI ESTENSON, et al.,
*Plaintiff's and Appellant,*

v.

THIES & TALLE MANAGEMENT, INC.,
THIES & TALLE ENTERPRISES, INC.,
ALMANOR INVESTORS LIMITED PARTNERSHIP
and JOHN DOES 1-4,
*Defendant and Appellee.*

On Appeal from the First Judicial District Court, Lewis & Clark County
Supreme Court Cause No. DA 0141

## PROPOSED ORDER

APPEARANCES:

Christopher W. Froines
FROINES LAW OFFICE, PC
Century Plaza Building
3819 Stephens Ave., #301
Missoula, Montana 59801
406.829.3303
(Fax) 877.688.4696
chris@froineslawoffice.com

Ben Kappelman
DORSEY & WHITNEY LLP
Millennium Building
125 Bank Street, Suite
Missoula, Montana 59802-4407
406.721.6025
kappelman.ben@dorsey.com

*Counsel for Appellants*

*Counsel for Appellee*

Pursuant to Rule Mont. R. App. P. 26(1), this being the 1st request for a 30-day extension of time to file their OPENING BRIEF and there being no objection from Counsel.

1

For good cause appearing and no opposition by counsel, Appellants, Samantha Vulles, Sheri Estenson et al shall have until July 2, 2021 to file their OPENING BRIEF.

Respectfully submitted this _____ day of _____ 2021.

By _____

Clerk of the Montana Supreme Court

Cc:    Christopher Froines
       Ben Kappalmen

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 25 2021